# ALABAMA COURT OF CRIMINAL APPEALS



December 6, 2024

**CR-2023-0390**

Gabrielle Evans v. State of Alabama (Appeal from Jefferson Circuit Court: CC-21-1124 and CC-21-1125)

## <u>NOTICE</u>

You are hereby notified that on December 6, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk